1   GREG W. MARSH, ESQ.
    Nevada Bar No. 322
2   **LAW OFFICES OF GREG W. MARSH**
    731 South Seventh Street
3   Las Vegas, Nevada 89101
    Tel:  (702) 387-0052
4   Fax: (702) 387-0063
    Gwm4253@aol.com
5
    CURTIS J. BUSBY, ESQ.
6   Nevada Bar. No. 6581
    **BOWMAN AND BROOKE LLP**
7   2901 North Central Avenue, Suite 1600
    Phoenix, Arizona 85012
8   Tel:  (602) 643-2300
    Fax: (602) 248-0947
9   curtis.busby@bowmanandbrooke.com

10  Attorneys for Alaven Pharmaceutical LLC

11  **UNITED STATES DISTRICT COURT**

12  **DISTRICT OF NEVADA**

13  MARY HOOD,                                      )
                                                    )   2:13-cv-00531-JCM-PAL
14              Plaintiff(s),                       )
                                                    )   ORDER
15  v.                                              )
                                                    )
16  BRAND NAME DEFENDANTS:                          )
    WYETH LLC, WYETH PHARMACEUTICALS                )
17  INC., individually and d/b/a ESI LEDERLE, INC., )
    PFIZER, INC., SCHWARZ PHARMA, INC., n/k/a       )
18  UCB, INC., SCHWARZ PHARMA AG, UCB               )
    GMBH d/b/a SCHWARZ PHARMA AG, ALAVEN            )
19  PHARMACEUTICAL LLC, BAXTER                      )
    HEALTHCARE CORPORATION, WOCKHARDT               )
20  USA, LLC, and MORTON GROVE                      )
    PHARMACEUTICALS, INC.                           )
21                                                  )
    GENERIC DEFENDANTS:                             )
22  TEVA PHARMACEUTICALS USA, INC.,                 )
    individually and d/b/a IVAX                     )
23  PHARMACEUTICALS, MUTUAL                         )
    PHARMACEUTICAL COMPANY, INC., and               )
24  JOHN DOE DEFENDANTS.                            )
                                                    )
25              Defendants.                         )

26  / / /

27  / / /

28  / / /

Pursuant to the Joint Stipulation of Voluntary Dismissal (Doc. No. 69), Plaintiff's claims and causes of action against all defendants are hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_James C. Mahan_
James C. Mahan
UNITED STATES DISTRICT JUDGE


Dated: May 7, 2013