| | |
|---|---|
| 1 | GREG W. MARSH, ESQ. |
|   | Nevada Bar No. 322 |
| 2 | **LAW OFFICES OF GREG W. MARSH** |
|   | 731 South Seventh Street |
| 3 | Las Vegas, Nevada 89101 |
|   | Tel: (702) 387-0052 |
| 4 | Fax: (702) 387-0063 |
|   | Gwm4253@aol.com |
| 5 | |
|   | CURTIS J. BUSBY, ESQ. |
| 6 | Nevada Bar. No. 6581 |
|   | **BOWMAN AND BROOKE LLP** |
| 7 | 2901 North Central Avenue, Suite 1600 |
|   | Phoenix, Arizona 85012 |
| 8 | Tel: (602) 643-2300 |
|   | Fax: (602) 248-0947 |
| 9 | curtis.busby@bowmanandbrooke.com |
| 10 | Attorneys for Alaven Pharmaceutical LLC |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MARY HOOD, | ) | 2:13-cv-00531-JCM-PAL |
|     Plaintiff(s), | ) | |
|   | ) | ORDER |
| v. | ) | |
|   | ) | |
| BRAND NAME DEFENDANTS: | ) | |
| WYETH LLC, WYETH PHARMACEUTICALS INC., individually and d/b/a ESI LEDERLE, INC., PFIZER, INC., SCHWARZ PHARMA, INC., n/k/a UCB, INC., SCHWARZ PHARMA AG, UCB GMBH d/b/a SCHWARZ PHARMA AG, ALAVEN PHARMACEUTICAL LLC, BAXTER HEALTHCARE CORPORATION, WOCKHARDT USA, LLC, and MORTON GROVE PHARMACEUTICALS, INC. | ) ) ) ) ) ) ) ) ) ) | |
| GENERIC DEFENDANTS: | ) | |
| TEVA PHARMACEUTICALS USA, INC., individually and d/b/a IVAX PHARMACEUTICALS, MUTUAL PHARMACEUTICAL COMPANY, INC., and JOHN DOE DEFENDANTS. | ) ) ) ) ) | |
|     Defendants. | ) | |

/ / /

/ / /

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Joint Stipulation of Voluntary Dismissal (Doc. No. 69), Plaintiff's claims and causes of action against all defendants are hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
James C. Mahan
UNITED STATES DISTRICT JUDGE

Dated: May 7, 2013