# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARY HOOD,

          Plaintiff,

vs.

WYETH LLC., et al.,

          Defendants.

Case No. 2:13-cv-00531-JCM-PAL

**ORDER**

(Mtn to Withdraw - Dkt. #67)

This matter is before the court on the Motion to Withdraw (Dkt. #67) and Notice of Appearance (Dkt. #68), both filed April 29, 2013. Read together, the Motion and the Notice seek to substitute LeAnn Sanders in the place of Terese A. Drew as counsel for Defendant Mutual Pharmaceutical Company, Inc. Local Rule 10-6 provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." Plaintiff filed her complaint in state court in St. Louis, Missouri, and Defendant Teva Pharmaceuticals USA, Inc., removed it to the United States District Court for the Eastern District of Missouri. This case was transferred to the District of Nevada on March 28, 2013. *See* Order (Dkt. #60); Docket Notation (Dkt. #61); Minute Order (Dkt. #62).

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED**:

1. The Motion to Withdraw (Dkt. #67) is GRANTED.

/ / /

/ / /

2. LeAnn Sanders is substituted in the place and stead of Terese A. Drew as counsel for Defendant Mutual Pharmaceutical Company, Inc., subject to the provisions of LR IA 10-6(c) and (d).

Dated this 6th day of May, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE